*The Law Offices of*
# STEVE ZISSOU & ASSOCIATES

STEVE ZISSOU
SALLY J.M. BUTLER*

FRANK T. KELLY
RANDALL D. UNGER
*ADMITTED: NY,CA,CO

4240 BELL BOULEVARD, SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE: (718) 279-4500
FACSIMILE: (718) 281-0850
EMAIL: szsb@aol.com

October 2, 2014

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rana Khandakar and Usawan Saelim
12 Cr. 584 (JGK)

Dear Judge Koeltl:

This letter is written seeking modification of Ms. Saelim and Mr. Khandakar's bail conditions. Specifically, it is requested that Ms. Saelim and Mr. Khandakar be permitted to attend the Eid Al-Adha, religious services at the Ahlul Bayt Mosque located at 543 Atlantic Avenue in Brooklyn.

The proposed modification would permit Ms. Saelim and Mr. Khandakar to leave home on Sunday, October 4, 2014, at 8:30 in the morning and return by 2 in the afternoon.

In ruling on the within application, the Court may wish to consider to following facts. Mr. Khandakar was released on a $3.2 million dollar secured personal recognizance bond with the special condition of electronic monitoring. Ms. Saelim was released on a $3 million dollar secured personal recognizance bond with the special condition of electronic monitoring. The bonds were co-signed by Mr. Khandakar's immediate family. They have both adjusted to the conditions placed upon them by Pre-Trial Services without incident.

Prior to making this application, I spoke with Assistant United States Attorney Christine Magdo and Pre Trial Officer Gianfranco Furelli. Neither has any objection to the modification.

I thank Your Honor for his continued consideration.

Respectfully submitted;

*Steve Zissou*

Steve Zissou

cc: Christine Magdo, AUSA – Via Electronic Mail
    Gianfranco Furelli, PTS Officer – Via Electronic Mail